UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELVIN LOVETT,
    Plaintiff,

vs.

BRIAN BARNEY, et al.,
    Defendants.

Case No. 1:15-cv-24
Litkovitz, M.J.

**ORDER**

The Court having been advised by Magistrate Judge Bowman that this case has been successfully mediated and settled in the Court's presence;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 6/20/17

Karen L. Litkovitz
United States Magistrate Judge